In re PUNNETT CYCLE MFG. CO. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) In the matter of the receivership of the Punnett Cycle Manufacturing Co. No opinion. Order affirmed, with costs. All concur except ADAMS, J., not voting. See 53 N. Y. Supp. 204.

PURDY, Plaintiff, v. ERIE R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Albert L. Purdy against the Erie Railroad Company. No opinion. Defendant's exceptions overruled, and motion denied, with costs, and judgment ordered for the plaintiff on the verdict, with costs.

RAFFAEL, Appellant, v. QUIRK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1898.) Action by Michael Raffael against Thomas Quirk and the city of Yonkers. No opinion. Order granting new trial modified so as to require, as condition of the new trial, that the defendant, within 20 days, pay to the plaintiff costs as taxed in the judgment roll, and, as modified, affirmed, without costs of appeal to either party.

In re RAYMOND. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) In the matter of the application of Ralph Raymond for admission to practice as attorney and counselor at law. No opinion. Application granted.

REHAGE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Ella Rehage against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

REILLY v. SICILIAN ASPHALT PAVING CO. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by John F. Reilly against the Sicilian Asphalt Paving Company. No opinion. Motion denied. See 43 N. Y. Supp. 536; 52 N. Y. Supp. 817.

REISSMAN, Appellant, v. NATIONAL LEAD CO., Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Otto Reissman against the National Lead Company. H. A. Rubine, for appellant. P. D. Trafford, for respondent. No opinion. Judgment affirmed, with costs.

REISSMANN v. NATIONAL LEAD CO. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by Otto Reissmann against the National Lead Company. No opinion. Motion denied.

In re REYNOLDS. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of John J. W. Reynolds. J. L. White, for appellant. J. K. Erskine, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RICH, Respondent, v. PELHAM HOD ELEVATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by Catherine Rich, as administratrix, etc., against the Pelham Hod Elevating Company. No opinion. Judgment and order unanimously affirmed, with costs. See 48 N. Y. Supp. 1067.

RICH, Respondent, v. PELHAM HOD ELEVATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Catherine Rich, as administratrix, etc., of Thomas Adlum, deceased, against the Pelham Hod Elevating Company. No opinion. Application for leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 1067.

RICKERSON, Respondent, v. BUNKER et al., Appellants. (City Court of New York, General Term. November 18, 1898.) Action by Martin L. Rickerson against Leroy E. Bunker and another. O. H. Stearns, for appellants. C. L. Brooke, for respondent.

PER CURIAM. The attachment was granted upon sufficient affidavits, and the order appealed from is affirmed, with costs.

ROBINSON, Respondent, v. SAMPERS, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by John Robinson against Henry P. Sampers. J. Kling, for appellant. W. M. Speer, for respondent. No opinion. So much of the order as requires the amended answer to be made more definite and certain reversed, with $10 costs and disbursements. So much of the order as requires the defendant to serve a bill of particulars modified by directing such bill of particulars to be served as to the matters stated in the second, third, and fourth subdivisions of the answer only, and, as so modified, affirmed, without costs.

ROBINSON, Respondent, v. SMITH (ESTELLE et al., Appellants). (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by Charles P. Robinson, as committee, etc., of Jeremiah Cole, against Ida M. Smith. William S. Estelle and others appeal. No opinion. Judgment affirmed, with costs.

ROSE v. DURANT et al. (Supreme Court, Appellate Division, First Department. October 21, 1898.) Action by Heloise D. Rose against William W. Durant and others. No opinion. Motion granted, with $10 costs.

ROSE, Respondent, v. DURANT, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Heloise D. Rose against William W. Durant, individually, etc. H. W. Simpson, for appellant. L. N. Palmer, for respondent. No opinion. Judgment affirmed, with costs.

ROSENBAUM, Respondent, v. TOBLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June Term, 1898.)

Action by Daniel Rosenbaum against Charlotte Tobler, individually, and as administratrix, etc., of Henry M. Silverman, deceased, and others, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENFIELD et al., Appellants, v. BYRNES, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Morris Rosenfield and others against William J. Byrnes. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, on the authority of Prince v. Brett, 21 App. Div. 190, 47 N. Y. Supp. 402, and proceedings remitted to the special term to fix the amount of fines to be imposed on defendant.

In re SALOMON. (Supreme Court, Appellate Division, Second Department. October 18, 1898.) In the matter of the application of Samuel Salomon for admission to practice as an attorney and counselor at law in the state of New York. No opinion. Application granted.

SCHAYER, Plaintiff, v. NEW HAVEN STEAMBOAT CO. et al., Defendants. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by John Schayer against the New Haven Steamboat Company and Michael Donovan. No opinion. Exceptions overruled, and judgment unanimously directed for defendants on dismissal of the complaint at trial term, with costs.

SCHRAM, Respondent, v. BROOKLYN HEIGHTS R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Adolf S. B. Schram against the Brooklyn Heights Railroad Company and the Consolidated Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHEVERLING et al., Respondents, v. RUBEN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Carl F. Scheverling and others against Julian J. Ruben and others. F. Bien, for appellants. D. M. Porter, for respondents. No opinion. Judgment affirmed, with costs.

SCHROEDER, Respondent, v. SHRADY, Appellant. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by John A. Schroeder against George Shrady. No opinion. Order affirmed, with $10 costs, and disbursements to abide event of action.

In re SCOTT et al. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) In the matter of the petition of Richard Scott and others.
PER CURIAM. Motion for resettlement denied. But unless the petitioners, within a reasonable time after the payment required by the order, return to the respondent the check alluded to in the moving papers, or sufficiently account for its nonproduction, the respondent may move for summary relief in this proceeding.

In re SCOTT et al. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) In the matter of the petition of Richard Scott and others for an order requiring Clarence F. Birdseye, an attorney, etc., to pay over certain moneys.
PER CURIAM. Order reversed, and motion granted to the extent that the respondent, within 20 days, pay the petitioners' attorneys the sum of $2,000; that it be referred to Hon. George G. Reynolds to take proof as to the value of the services and disbursements of the respondent and the amount of his lien, and report his opinion thereon, with the proofs; and that, on the coming in and confirmation of the report of the referee, such further order be made in the premises as may be just.

MANHEIM, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. July Term, 1898.) Action by Julius Manheim against Michael Seitz. No opinion. Judgment affirmed, with costs.

SHANKS, Respondent, v. STUMPF et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by William F. G. Shanks against Anthony Stumpf and Charles D. Steurer. No opinion. Motion to open default denied, with $10 costs, on the ground that by the record submitted to us it appears that the appeal from the order denying motion to resettle case is without merit. Motion to dismiss appeal from judgment denied, without costs. See 51 N. Y. Supp. 154.

SHANKS, Respondent, v. STUMPF et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) Action by William F. G. Shanks against Anthony Stumpf and Charles D. Steurer. No opinion. Order affirmed by default. See 51 N. Y. Supp. 154.

SHEARER, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Third Department. November 22, 1898.) Action by George B. Shearer against Nancy E. Smith. No opinion. Judgment affirmed, with costs.

In re SIMPSON. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) In the matter of the final accounting of Angel J. Simpson, as assignee of the Empire State Knitting Company. No opinion. Order affirmed, with $10 costs and disbursements.

SKANEATELES WATERWORKS CO., Appellant, v. VILLAGE OF SKANEATELES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by the Skaneateles Waterworks Company against the village of Skaneateles and another. No opinion. Judgment affirmed, with costs. Syracuse Water Co. v. City of Syracuse, 116 N. Y. 167, 22 N. E. 381; In re City of Brooklyn, 143 N. Y. 596, 38 N. E. 983; Warsaw Waterworks Co. v. Village of Warsaw, 16 App. Div. 502, 44 N. Y. Supp. 876; Colby University v. Village of Canandaigua, 69 Fed. 671; Canan-